IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY A. NEWSOME and AUDREY L. NEWSOME, | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 3:25-cv-01902-K-BT |
| FAY SERVICING LLC, *et al.*, | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 25, 2026. (ECF No. 33). The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Thus, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion to Remand is **DENIED** (ECF No. 20), and Fay Servicing, LLC is **DISMISSED WITHOUT PREJUDICE** as an improperly joined party in this case.

**SO ORDERED.**

**Signed September 28th, 2026.**

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE